**CT Corporation**

**Service of Process Transmittal**
12/16/2019
CT Log Number 536819643

TO:  Carol Herceg
The Prudential Insurance Company of America
2101 Welsh Road, Law Dept.
Dresher, PA 19025

RE:  **Process Served in Connecticut**

FOR:  Prudential Insurance Agency, LLC  (Domestic State: NJ)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | MARIBEL JOHANSON ADMINISTRATRIX OF THE ESTATE OF MARK JOHANSON, PLTF. vs. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, DFT. // TO: Prudential Insurance Agency, LLC |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Demand |
| **COURT/AGENCY:** | Fairfield at Bridgeport Superior Court Housing Session Judicial District, CT Case # NONE |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, East Hartford, CT |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/16/2019 at 13:09 |
| **JURISDICTION SERVED :** | Connecticut |
| **APPEARANCE OR ANSWER DUE:** | On 01/21/2020(Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Christopher A. Sica Rome Clifford Katz & Koerner, LLP 214 Main Street Hartford, CT 06106 860-527-7044 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/16/2019, Expected Purge Date: 12/21/2019 Image SOP Email Notification,  Legal Process Unit  legal.process.unit@prudential.com Email Notification,  Carol Herceg  carol.herceg@prudential.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 155 Federal St Ste 700 Boston, MA 02110-1727 |
| **For Questions:** | 800-448-5350 MajorAccountTeam1@wolterskluwer.com |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**SUMMONS - CIVIL**
JD-CV-1 Rev. 4-18
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.

☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.

☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 1061 Main Street, Bridgeport, CT 06604 | ( 860 )515-5180 | January 21, 2020 |
| | | Month   Day   Year |

| ☒ Judicial District   ☐ Housing Session | ☐ G.A. Number: | At *(Town in which writ is returnable)* (C.G.S. §§ 51-346, 51-349) **Bridgeport** | Case type code *(See list on page 2)* Major: **C**   Minor: **20** |
|---|---|---|---|

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* **Rome Clifford Katz & Koerner, LLP, 214 Main Street, Hartford, Connecticut 06106** | Juris number *(to be entered by attorney only)* **304302** |
|---|---|

| Telephone number *(with area code)* ( 860 ) 527-7044 | Signature of Plaintiff *(If self-represented)* |
|---|---|

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept service (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | ☒ Yes   ☐ No | Email address for delivery of papers under Section 10-13 *(if agreed to)* **csica@rckklaw.com** |
|---|---|---|

| Number of Plaintiffs: 1 | Number of Defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| First Plaintiff | Name: **Johanson, Maribel- Administratrix of the Estate of Mark Johanson** Address: **178 Prindle Road, Ansonia, CT 06401** | P-01 |
| Additional Plaintiff | Name: Address: | P-02 |
| First Defendant | Name: **Prudential Insurance Company of America of PO Box 3676, Philadelphia, PA 19176 c/o Prudential Insurance** Address: **Agency, LLC Agent for Service CT Corporation System of 67 Burnside Ave., East Hartford, CT** | D-01 |
| Additional Defendant | Name: Address: | D-02 |
| Additional Defendant | Name: Address: | D-03 |
| Additional Defendant | Name: Address: | D-04 |

**Notice to Each Defendant**

1. **YOU ARE BEING SUED:** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed *(Sign and "X" proper box)* | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left **Christopher A. Sica, Esq.** | Date signed **12/04/2019** |
|---|---|---|---|

| If this Summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts. | File Date |
| b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law. | A TRUE COPY ATTEST |
| c. The Clerk is not permitted to give any legal advice in connection with any lawsuit. | |
| d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | KEITH D. NIZIANKIEWICZ CONNECTICUT STATE MARSHAL INDIFFERENT PERSON |

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date | Docket Number |
|---|---|---|---|

RETURN DATE:  JANUARY 21, 2020      :      **SUPERIOR COURT**

**MARIBEL JOHANSON ADMINISTRATRIX OF
THE ESTATE OF MARK JOHANSON**      :      **J.D. OF FAIRFIELD**

**VS.**      :      **AT BRIDGEPORT**

**THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA**      :      **DECEMBER 5, 2020**

<u>**COMPLAINT**</u>

<u>**COUNT ONE: BREACH OF CONTRACT**</u>

1.     The plaintiff, **MARIBEL JOHANSON**, of 178 Prindle Road, Ansonia, Connecticut, wife of the decedent, **MARK JOHANSON**, was appointed as Administratrix of the Estate of **MARK JOHANSON** by the Probate Court for the District of Ansonia and the plaintiff has duly qualified as Administratrix and is now acting as such.

2.     At all times hereinafter mentioned, the defendant, **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA** (hereinafter "**PRUDENTIAL**") is a foreign Corporation authorized to do business in the State of Connecticut, and was in the business of writing insurance, including, but not limited to, Employee Term Life Insurance Coverage.

3.     Plaintiff's decedent, **MARK JOHANSON**, was a resident of the Town of Ansonia, Connecticut, County of New Haven, and State of Connecticut, and was pronounced dead on May 11, 2017 at by William Sacks, M.D.

ROME CLIFFORD KATZ & KOERNER, LLP
214 MAIN STREET • HARTFORD, CT 06106 • TEL. NO. 860-527-7044 • JURIS NO. 304302

ROME CLIFFORD KATZ & KOERNER, LLP
214 MAIN STREET • HARTFORD, CT 06106 • TEL. NO. 860-527-7044 • JURIS NO. 304302

4.      On May 11, 2017, **MARK JOHANSON** was employed by Sikorsky Aircraft Corporation, in Stratford, Connecticut, as a flight operation employee, and while performing normal designated responsibilities at work, he passed away.

5. As of May 11, 2017, and for some time prior thereto, the defendant **PRUDENTIAL**, had in effect a policy of insurance designated as policy number G-23747 insuring Sikorsky employees, including Plaintiff's decedent, **MARK JOHASON.**

6. Pursuant to said insurance policy, **PRUDENTIAL** agreed to provide term life insurance coverage to persons insured under said policy.  Said policy in question provided for life insurance benefits in the amount of $108,000.00 plus and additional $200,000.00 of company paid TermLife Insurance for flight operation employees in the event the employee died while performing normal designated responsibilities at work as reported to defendant **PRUDENTIAL.**

7.  The aforesaid policy of insurance was issued to the plaintiff's decedent, **MARK JOHANSON**

8.  At all times hereinafter mentioned, all premiums due on said policy of insurance had been paid and said policy was in full force and effect.

9. On or about May 11, 2017, **MARK JOHANSON,** was a covered person under the policy referred to above.

10.     Following her appointment, plaintiff notified defendants of her husband's passing and filed a claim for life insurance benefits including the additional TermLife benefits of $200,000.00.

11.     Subsequently **PRUDENTIAL** paid the plaintiff $108,000.00, in life insurance benefits but failed to pay the additional $200,000.00 of TermLife benefits.

2

ROME CLIFFORD KATZ & KOERNER, LLP
214 MAIN STREET • HARTFORD, CT 06106 • TEL. NO. 860-527-7044 • JURIS NO. 304302

12.     Plaintiff notified defendants of this failure to pay the additional life insurance benefits.

13.  To date, **PRUDENTIAL** breached its contract of insurance with plaintiff by failing to pay the additional TermLife benefits and failing to promptly and reasonably process the claim.

## COUNT TWO: NEGLIGENCE

1-13. Plaintiff realleges and reavers each and every allegation contained in Paragraphs 1 through 13 of Count One, as if delineated here in extenso.

14. The Defendant, **PRUDENTIAL**, acted negligently, by the following actions:

a. Failing to respond to verbal requests and correspondence in a timely manner;

b. Failing to properly process this claim;

c. Failing to provide a reasonable basis for failure to accurately process the claim;

d. Failing to meet its duty owed to plaintiff to engage in good faith and fair dealings; and

## COUNT THREE: DECLARATORY JUDGMENT

1-14. Plaintiff realleges and reavers each and every allegation contained in Paragraphs 1 through 14 of Count Two, as if delineated here in extenso.

3

15.     Plaintiff seeks a declaratory judgment for the purposes of determining a question of actual controversy between the parties concerning her rights, obligations, and coverages under the subject policy.

16.     Plaintiff seeks a declaration that the subject policy provides additional insurance benefits in the amount of $200,000.00, as Plaintiff's decedent died while working as a flight operation employees performing normal designated responsibilities at work.

**COUNT FOUR: UNJUST ENRICHMENT**

1-16.     Plaintiff realleges and reavers each and every allegation contained in Paragraphs 1 through 16 of Count Three, as if delineated here in extenso.

17.     Despite realizing substantial premium from plaintiff, **PRUDENTIAL** has withheld the insurance proceeds owed to plaintiff.

18.     The Defendant, **PRUDENTIAL** has therefore been unjustly enriched at plaintiff's expense.

**COUNT FIVE: BAD FAITH**

1-18. Plaintiffs reallege and reaver each and every allegation contained in Paragraphs 1 through 18 of Count Four, as if delineated here in extenso.

19.     The defendant, **PRUDENTIAL**, acting through its agents, servants and/or employees,

4

ROME CLIFFORD KATZ & KOERNER, LLP
214 MAIN STREET • HARTFORD, CT 06106 • TEL. NO. 860-527-7044 • JURIS NO. 304302

acted unreasonably and in bad faith and/or in violation of general business practices in that:

a) IN THAT Defendant refused to make adequate payment to Plaintiff of the additional TermLife benefits of $200,000.00 as was required under the Policy;

b) IN THAT Defendant's refusal to make adequate payment to Plaintiffs was made without a reasonable basis in fact or law and ignored the plain contract language;

c) IN THAT Defendant's refusal to make adequate payment to Plaintiffs was made in bad faith and for the purpose of denying the benefits of contract;

d) IN THAT Defendant's refusal to make adequate payment to Plaintiffs was an unlawful attempt to force Plaintiffs to accept less money than the amount due under the Policy putting its own financial interests above its policy-holder;

e) IN THAT Defendant put its insured, Plaintiff herein, through unnecessary litigation;

f) IN THAT Defendant put its insured's personal assets at risk;

20.     As a result of the said breach of the implied covenant of good faith by the defendant, **PRUDENTIAL**, its agents, servants and/or employees, the plaintiff has been denied and/or delayed in the payment of TermLife insurance benefits due and owing under said policy.

21.     As a direct and approximate result of **PRUDENTIAL**'s breaches of its duties that it owed to its insured, the Plaintiff herein, Plaintiff has been deprived of the benefits to which she was entitled and for which were bargained for in the insurance contract, and was forced to incur expenses to obtain the benefits to which she was otherwise entitled and Plaintiff has otherwise been damaged.

22.     The Defendant, **PRUDENTIAL**'s actions herein constitute bad faith insurance practices.

*ROME CLIFFORD KATZ & KOERNER, LLP*
*214 MAIN STREET • HARTFORD, CT 06106 • TEL. NO. 860-527-7044 • JURIS NO. 304302*

WHEREFORE, the plaintiff seeks:

1.      Monetary damages;

2.      Attorneys' fees;

3.      Costs;

4.      Interest; and

5.      Such other relief that the Court deems fair and equitable.


The relief sought is within the jurisdiction of the Superior Court of the State of Connecticut.

Dated at Hartford, Connecticut this 5th day of December 2019.


                        PLAINTIFF,



            BY:     _____
                        Christopher A. Sica, Esq.
                        Rome Clifford Katz & Koerner, LLP
                        214 Main Street
                        Hartford, Connecticut  06106
                        Tel. No.: 860-527-7044
                        Juris # 304302



                        A TRUE COPY ATTEST

                        _____
                        KEITH D. NIZIANKIEWICZ
                        CONNECTICUT STATE MARSHAL
                        INDIFFERENT PERSON


6

ROME CLIFFORD KATZ & KOERNER, LLP
214 MAIN STREET • HARTFORD, CT 06106 • TEL. NO. 860-527-7044 • JURIS NO. 304302

RETURN DATE:  JANUARY 21, 2020      :      **SUPERIOR COURT**

**MARIBEL JOHANSON ADMINISTRATRIX OF
THE ESTATE OF MARK JOHANSON**      :      **J.D. OF FAIRFIELD**

**VS.**      :      **AT BRIDGEPORT**

**THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA**      :      **DECEMBER 5, 2020**

## STATEMENT RE:  AMOUNT IN DEMAND

The plaintiff in the above-entitled matter seeks monetary damages in excess of $15,000.00, exclusive of legal interest and costs.

PLAINTIFF,

BY: _____
Christopher A. Sica, Esq.
Rome Clifford Katz & Koerner, LLP
214 Main Street
Hartford, Connecticut  06106
Tel. No.: 860-527-7044
Juris # 304302

A TRUE COPY ATTEST

KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

7